# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STEPHEN A. SACCOCCIA,
    Plaintiff,

  v.                                   C.A. No.  18-266-WES

UNITED STATES OF AMERICA, et al.
    Defendants.

**JUDGMENT**

    This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to this Court's Order dated March 27, 2019, judgment is hereby entered dismissing Plaintiff's Complaint in accordance with Fed. R. Civ. P. 58.

    March 27, 2019                    By the Court:

                                              /s/Hanorah Tyer-Witek,
                                              Clerk of Court